# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. SUSAN D. WIGENTON |
| v. | : | Crim. No. 05-393-01 (SDW) |
| WESSAM ELASSAR | : | ORDER MODIFYING SUPERVISED RELEASE |

This matter having come before the Court on a violation of supervised release hearing for defendant Wessam Elassar.; and the United States by Paul J. Fishman, United States Attorney for the District of New Jersey (Andre Espinosa, Assistant United States Attorney, appearing), having appeared; and defendant Wessam Elassar. (Donald McCauley, Esq., appearing) having appeared; and on consent by the parties;

IT IS, therefore, on this 1st day of March, 2010 (Nunc pro tunc 11/4/09);

ORDERED that defendant Wessam Elassar's supervised release is extended until January 2010 so that defendant can pay owed restitution;

IT IS FURTHER ORDERED that all other conditions of supervised release shall remain in full effect.

_____
HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE