# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

Case Number   2:05-393-01

WESSAM ELASSAR

Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

The defendant, WESSAM ELASSAR, was represented by Donald McCauley, Esq. (Appointed).

Violation number(s) 1, 2, 3, 5 have been dismissed.

The defendant admitted guilt to violation number(s) 4 as stated on the violation petition. Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation |
|---|---|
| 4 | 'As a condition of supervision, you are instructed to pay restitution in the amount of $1,234.90 to U.S. Treasury; it shall be paid in the following manner: no less than $35 per month.' |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances. Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on 10/5/05 remain in full force and effect, if not already paid.

Signed this the  26  day of April, 2010.

SUSAN D. WIGENTON
United States District Judge

Defendant:     WESSAM ELASSAR
Case Number:   2:05-393-01

## SUPERVISED RELEASE

It is ordered and adjudged that the offender's term of supervised release be extended for a period of 1 year subject to all previously imposed standard and special conditions and shall comply with the following modified/additional special condition(s):

ALCOHOL/DRUG TESTING AND TREATMENT

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.

---

*For Official Use Only - - - U.S. Probation Office*

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed) _____
                    Defendant                           Date


_____
        U.S. Probation Officer/Designated Witness       Date