# United States District Court

## For The

## District of New Jersey

UNITED STATES OF AMERICA

v.                                       Crim. No.    05-393-01

Wessam Elassar

It is recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

*[signature]*

United States Probation Officer
Erika M. Arnone

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 27th day of July, 2010.

*[signature]*

United States District Judge